```
JOHN L. BURRIS (SBN# 69888)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: J

JAMES B. CHANIN (SBN# 76043)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California 94705
Telephone: (510) 848-4752
Facsimile: (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiffs
```

FILED JAN 2 3 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

RECEIVED NOV 2 0 2006 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

ADR  E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE SMITH NO.1, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND;<br>RICHARD VALERGA, DOES 1-100,<br>inclusive,<br><br>　　　　　Defendants. | CASE NO. C06-07171<br><br>EX PARTE APPLICATION AND [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A DISCLOSURE OF THEIR TRUE IDENTITIES UNDER SEAL<br>[Local Rule 79-5] |

**EX PARTE APPLICATION**

I, JAMES B. CHANIN, DECLARE:

1. I am an attorney licensed to practice law in the State of California and have been duly admitted to practice law in this Court. I, along with attorney, John L. Burris, represent the plaintiffs in the above-entitled action.

Ex Parte Application and [~~Prop~~] Order　　　　　　　　　　　　　　　1

2. The plaintiffs are women of Asian descent who allege, inter alia, that they were subjected to traffic stops without probable cause, were subjected to disparate and discriminatory treatment based on their ethnicity, race and/or gender and were sexually harassed by defendant Richard Valerga and/or Doe defendants during the traffic stops.

3. I am informed and believe and thereon state that defendant Valerga was charged with crimes by the Alameda County District Attorney's office relating to his on duty misconduct involving women of Asian descent and that defendant Valerga pleaded guilty to certain of those charges.

4. Given the nature of the plaintiffs' claims in this case and their desire to avoid undue publicity, embarrassment and the invasion of their personal privacy, plaintiffs are requesting that their true identities not be disclosed in the public file of the Court and that they be granted leave to be identified as, "JANE SMITH NO. 1,2,3,4, and 5" in the public file in this action.

5 To permit the Court and the parties to know the true identities of the plaintiffs, plaintiffs respectfully request that they be granted leave to file the accompanying disclosure of their true identities under seal pursuant to Local Rule 79-5.

6. I declare that the foregoing is true and correct to the best of my knowledge and as to those matters stated upon information and belief, I am informed and believe them to be true and correct. Executed this 20th day of November 2006, at

Ex Parte Application and [~~Prop~~] Order                                    2

Berkeley, California.

JAMES B. CHANIN
Attorney for Plaintiffs

**ORDER**

Having reviewed the plaintiffs' ex parte application and for good cause shown,

IT IS HEREBY ORDERED THAT plaintiffs shall be referred to in the public file in this action as "JANE SMITH NOS. 1,2,3,4 and/or 5" and that plaintiffs shall file a disclosure of their true identities under seal in the document entitled, Disclosure of Plaintiffs' True Identities.

IT IS SO ORDERED:

Dated: 1/23, 2007

JUDGE OF THE UNITED STATES DISTRICT COURT

Ex Parte Application and [Prop] Order                                     3