E-Filing

1  JOHN L. BURRIS, SBN 69888
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, CA 94621
3  (510) 839-5200; FAX (510) 839-3882
   Email: john.burris@johnburrislaw.com
4

5  JAMES B. CHANIN (SBN# 76043)
   JULIE M. HOUK    (SBN# 114968)
6  LAW OFFICES OF JAMES B. CHANIN
   3050 Shattuck Avenue
7  Berkeley, California 94705
   Telephone:  (510) 848-4752, Ext. 2
8  Facsimile:  (510) 848-5819
   Email:      jbcofc@aol.com
9
   Attorneys for Plaintiffs
10

11 JOHN A. RUSSO, City Attorney, SBN 129729
   RANDOLPH W. HALL, Assistant City Attorney, SBN 080142
12 RACHEL WAGNER, Supervising Trial Atty., SBN 127246
   INES VARGAS FRAENKEL, Attorney, SBN 108113
13 One Frank J. Ogawa Plaza, 6th Floor
   Oakland, California 94612
14 Telephone: (510) 637-0356; FAX (510) 238-6500
   Email: ivfraenkel@oaklandcityattorney.org
15
   Attorneys for Defendant CITY OF OAKLAND
16

17

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20

21 JANE SMITH NO. 1, et al.,           ) CASE NO:  C06-07171 MJJ
                                       )
22              Plaintiffs,            ) **STIPULATED PROTECTIVE ORDER**
                                       )
23                                     )
                                       )
24 vs.                                 )
                                       )
25                                     )
   CITY OF OAKLAND, et al.,            )
26              Defendants.            )
                                       )
27                                     )
                                       )
28 _____ )

Stipulated Protective Order
Jane Smith No. 1, et al., v. City of Oakland,   C06-07171 MJJ                    1

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, DO HEREBY STIPULATE AND AGREE THAT the Stipulated Protective Order that was entered by the Court in *Jane Doe, et al. v. City of Oakland, et al.*, Case No. C06-02424 MHP, shall be extended to the instant case so that the parties herein may use the Confidential Information previously produced by the City of Oakland in the *Jane Doe, et al.* action for purposes of this litigation. A true and accurate copy of the Stipulated Protective Order that was entered in the *Jane Doe, et al.* action is attached and incorporated herein by reference as Exhibit 1.

IT IS FURTHER AGREED AND STIPULATED THAT said Stipulated Protective Order shall also apply to any additional Confidential Information that may be produced by defendants during the course of the instant litigation.

IT IS SO STIPULATED AND AGREED:

DATED: February 22, 2007

_____/s/_____
JOHN L. BURRIS
Attorney for Plaintiffs

DATED: February 22, 2007

_____/s/_____
JAMES B. CHANIN
Attorney for Plaintiffs

DATED: February 22, 2007

_____/s/_____
INES VARGAS FRAENKEL
Attorney for Defendant
City of Oakland

PURSUANT TO STIPULATION,
IT IS SO ORDERED

DATED: February 27, 2007

_____
MARTIN J. JENKINS
Judge of the United States District Court