1   JOHN L. BURRIS (SBN# 69888)
    LAW OFFICES OF JOHN L. BURRIS
2   Airport Corporate Centre
    7677 Oakport Street, Suite 1120
3   Oakland, California 94621
    Telephone: (510) 839-5200
4   Facsimile: (510) 839-3882
    Email: john.burris@johnburrislaw.com
5
6   JAMES B. CHANIN (SBN# 76043)
    Law Offices of James B. Chanin
7   3050 Shattuck Avenue
    Berkeley, California  94705
8   Telephone: (510) 848-4752
    Facsimile: (510) 848-5819
9   Email:  jbcofc@aol.com

10  Attorneys for Plaintiffs

11

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15  JANE SMITH NO. 1, et al.,      )  CASE NO. C06-07171 MJJ
                                   )
16                                 )  STIPULATION AND [PROPOSED]
                                   )  ORDER GRANTING PLAINTIFFS
17                                 )  LEAVE TO FILE SECOND
                                   )  AMENDED COMPLAINT
18             Plaintiffs,         )
                                   )
19  vs.                            )
                                   )
20  CITY OF OAKLAND; et al.,       )
                                   )
21                                 )
               Defendants.         )
22  _____)

23     THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF

24  RECORD, DO HEREBY STIPULATE AND AGREE THAT plaintiffs shall be

25  given leave to file the Second Amended Complaint which is

26  attached and incorporated herein by reference as Exhibit 1.  The

27

28  STIP/ORDER RE SECOND AMENDED COMPLAINT                     1
    *Smith v. City of Oakland*, Case No. C06-07171 MJJ

purpose of this Amendment is to join nine additional plaintiffs
in the within action, for a current total of 16 named plaintiffs.

IT IS SO STIPULATED:


Dated:  October 12, 2007                    _____/S/_____
                                            INES VARGAS FRAENKEL
                                            Attorney for Defendant
                                            CITY OF OAKLAND

Dated: September 18, 2007                    _____/S/_____
                                            GEOFFREY A. BEATY
                                            Attorney for Defendant
                                            RICHARD VALERGA

Dated: September 10, 2007                    _____/S/_____
                                            JOHN L. BURRIS
                                            Attorney for Plaintiffs

Dated: September 10, 2007                    _____/S/_____
                                            JAMES B. CHANIN
                                            Attorney for Plaintiffs

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated: _____ , 2007    11/06         _____
                                            MARTIN J. JENKINS
                                            Judge of the United States
                                            District Court