IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE SMITH NO. 1, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants.<br>_____/ | No. C-06-7171 MMC<br><br>**ORDER DEFERRING RULING ON PLAINTIFF'S ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL; AFFORDING DEFENDANTS OPPORTUNITY TO FILE DECLARATION PURSUANT TO CIVIL LOCAL RULE 79-5(d)** |

       On November 13, 2007, plaintiffs filed their "Motion to Certify Case as a Class Action." In connection therewith, plaintiffs filed two administrative motions to file documents under seal; by the first such motion, plaintiffs seek to file under seal plaintiffs' motion to certify and the declaration of plaintiffs' counsel in support thereof, and by the second such motion, plaintiffs seek to file under seal plaintiffs' reply and the declaration of plaintiffs' counsel in support thereof. Plaintiffs assert such documents "rely heavily" on defendant City of Oakland Police Department's personnel files, internal affairs files, and related documents subject to the parties' stipulated Protective Order. (See Pls.' Admin. Mot. to File Under Seal Pls.' Mot. to Certify Case as Class Action ¶¶ 2-3.) On January 9, 2008, the case was reassigned to the undersigned, and on April 17, 2008, plaintiffs re-noticed their Motion to Certify for hearing on May 23, 2008.

Where, as here, a party seeks to file under seal documents designated as confidential by another party, "the designating party must file with the Court . . . a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality." See Civil L.R. 79-5(d). In the instant action, defendants have not filed such a declaration. In light of the recent re-noticing of plaintiffs' motion to certify, however, the Court will afford defendants the opportunity to do so.

Accordingly, the Court will defer ruling on plaintiffs' administrative motions, to afford defendants the opportunity to file, no later than April 25, 2008, a declaration or declarations pursuant to Civil Local Rule 79-5(d). If no such declaration is filed, the proposed filings will be made part of the public record. See id.

**IT IS SO ORDERED.**

Dated: April 22, 2008

MAXINE M. CHESNEY  
United States District Judge