1
2
3
4
5
6
7
8                                UNITED STATES DISTRICT COURT
9                               NORTHERN DISTRICT OF CALIFORNIA
10
11   JANE SMITH NO. 1;                          Case No. C 06-07171 MMC
     JANE SMITH NO. 2;
12   JANE SMITH NO. 3;
     JANE SMITH NO. 4;                          **ORDER GRANTING IN PART AND**
13   JANE SMITH NO. 5,                          **DENYING IN PART PLAINTIFFS'**
     JANE SMITH NO. 6,                          **ADMINISTRATIVE MOTIONS TO FILE**
14   JANE SMITH NO. 7,                          **DOCUMENTS UNDER SEAL**
     JANE SMITH NO. 8,
15   JANE SMITH NO. 9,
     JANE SMITH NO. 10,
16   JANE SMITH NO. 11,
     JANE SMITH NO. 12,
17   JANE SMITH NO. 13,
     JANE SMITH NO. 14,
18   JANE SMITH NO. 15,
     JANE SMITH NO. 16,
19
                  Plaintiffs,
20
            v.
21
     CITY OF OAKLAND;
22   RICHARD VALERGA, DOES 1-100,
     inclusive,
23
                  Defendants.
24
25
26
27
28

[PROPOSED] SEALING ORDER                                        C 06-07171 MMC
CIVIL L.R. 79-5(d)

Before the Court are two administrative motions filed by plaintiffs: (1) a motion to file under seal plaintiffs' motion to certify and supporting declaration of counsel; and (2) a motion to file under seal plaintiffs' reply and supporting declaration of counsel.

Having read and considered the motions and the Declaration of William E. Simmons submitted by defendant City of Oakland in support of the former, the Court rules as follows:

1.  To the extent plaintiff seeks to file under seal Exhibit 10 to the Declaration of James B. Chanin in Support of Plaintiffs' Motion to Certify, filed November 13, 2007, consisting of a one page typewritten document Bates-stamped "OAK 358," the motion is hereby GRANTED, and the Clerk is directed to file under seal an unredacted version of said Exhibit.

2.  In all other respects, the motions are hereby DENIED, for the reason that no defendant has asked that the remaining documents be filed under seal.  Plaintiffs are hereby DIRECTED to file in the public record, no later than May 1, 2008, (1) plaintiffs' motion to certify and supporting declaration of counsel, with the exception of Exhibit 10 thereto, and (2) plaintiffs' reply and supporting declaration of counsel.  If plaintiffs fail to timely file such documents in the public record, the Court will not consider them in ruling on plaintiffs' motion to certify.

**IT IS SO ORDERED.**

DATED:  April 28, 2008

MAXINE M. CHESNEY
United States District Judge

[PROPOSED] SEALING ORDER
CIVIL L.R. 79-5(d)

C 06-07171 MMC