UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE SMITH NO.1, ET AL., | Case No. C-06-07171 MMC (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| CITY OF OAKLAND, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **June 2, 2008, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead trial counsel shall appear at the Further Settlement Conference with the parties who have unlimited authority to negotiate and settle the matter. Updated Settlement Conference Statements shall be LODGED with the undersigned's Chambers **no later than May 26, 2008**.

Counsel shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of the March 11, 2008 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: April 29, 2008

JOSEPH C. SPERO
United States Magistrate Judge