JOHN L. BURRIS (SBN# 69888)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com

JAMES B. CHANIN (SBN 76043)
JULIE M. HOUK     (SBN 114968)
Law Offices of James B. Chanin
3050 Shattuck Avenue
Berkeley, California  94705
Telephone: (510) 848-4752, Ex. 2
Facsimile:  (510) 848-5819
Email: jbcofc@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE SMITH NO. 1, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OAKLAND; et al., <br><br> Defendants. | No. C06-07171 MMC (JCS) <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> **Current Hearing Date: 5/23/08** <br> **Continued Hearing Date: 6/6/08** <br> **Time:  9:00 a.m.** <br> **Courtroom:  7, 19th Floor** |

Stip and Proposed Order Continuing Hearing on Class Certif. Motion
Smith v. City of Oakland, et al., Case No.  C06-07171 MMC (JCS)

1

1   WHEREAS, the parties attended a settlement conference in this action on April 29, 2008 before the Honorable Joseph C. Spero, and,

WHEREAS, the parties have agreed to attend a further settlement conference in this matter on June 2, 2008 before Judge Spero, and,

WHEREAS, the parties wish to avoid incurring otherwise unnecessary attorneys' fees and costs as settlement discussions continue in this matter,

THE PARTIES DO HEREBY STIPULATE AND AGREE THAT the plaintiffs' motion for class certification, which is currently noticed for hearing on May 23, 2008, at 9:00 a.m., should be continued for hearing to June 6, 2008, at 9:00 a.m. in Courtroom No. 7, 19th Floor, of the United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California.

IT IS FURTHER AGREED AND STIPULATED THAT the further Case Management Conference, which is scheduled for June 27, 2008, at 10:30 a.m. in Courtroom No. 7, 19th Floor of the United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California, shall remain on calendar as currently scheduled.

IT IS SO STIPULATED AND AGREED:


Dated: April 29, 2008

_____/S/_____
JOHN L. BURRIS
Attorney for Plaintiffs

_____/S/_____
JAMES B. CHANIN
Attorney for Plaintiffs

Stip and Proposed Order Continuing Hearing on Class Certif. Motion
Smith v. City of Oakland, et al., Case No.  C06-07171 MMC (JCS)

2

Dated: May 1, 2008            _____/S/_____
                              WILLIAM SIMMONS
                              Attorney for Defendant
                              City of Oakland


Dated: April 30, 2008         _____/S/_____
                              GEOFFREY M. BEATY
                              Attorney for Defendant
                              Richard Valerga

PURSUANT TO STIPULATION,
IT IS SO ORDERED:


Dated: _____May 2_____, 2008  _____/s/ Maxine M. Chesney_____
                              MAXINE M. CHESNEY
                              Judge of the United States
                              District Court

Stip and Proposed Order Continuing Hearing on Class Certif. Motion
Smith v. City of Oakland, et al., Case No.  C06-07171 MMC (JCS)

3