IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE SMITH NO. 1, et al., | No. C-06-7171 MMC |
| Plaintiffs, | **ORDER VACATING JUNE 6, 2008 HEARING** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

Before the Court is plaintiffs' "Motion to Certify Case as a Class Action," filed November 13, 2007, as amended April 17, 2008. The matter has been fully briefed. Having read and considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the June 6, 2008 hearing.

**IT IS SO ORDERED.**

Dated: June 4, 2008

MAXINE M. CHESNEY
United States District Judge