IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE SMITH NO. 1, et al., | No. C-06-7171 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

The parties having been ordered to attend a settlement conference before Magistrate Judge Joseph C. Spero on June 25, 2008, the Case Management Conference previously scheduled for June 27, 2008 is hereby CONTINUED to July 18, 2008.

**IT IS SO ORDERED.**

Dated: June 24, 2008

MAXINE M. CHESNEY
United States District Judge