**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, stating that the following cases are related within the meaning of Civil L.R. 3-12(a):

    **C 06-7171 MMC**    Jane Smith #1, et al. v. City of Oakland, et al.
    **C 08-4228 CW**    Jane Roe v. City of Oakland, et al.

**ORDER**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

    [ X ]  **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

    [   ]  **ARE RELATED** as defined by Civil L.R. 3-12(a).

**DATED**: September 15, 2008

                                        MAXINE M. CHESNEY
                                        United States District Judge